IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-00015-AWI |
| Plaintiff, | ) ) ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS |
| v. | ) ) | (Fed. R. Crim. P.  48(a)) |
| VICTOR HUGO LUA, | ) ) ) | |
| Defendant. | ) ) ) | |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed without prejudice as to VICTOR HUGO LUA, in the interest of justice, as the defendant has been indicted and sentenced in case number 1:10-cr-23 AWI.

IT IS SO ORDERED.

Dated:   September 28, 2011

CHIEF UNITED STATES DISTRICT JUDGE

1